IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL L. LEATH.
    Plaintiff,

vs.                              Case No.: 3:06cv471/RV/EMT

A. BROOKS,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 9, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 14th day of March, 2007.


                                         /s/ Roger Vinson
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**